In the Matter of the Probate of the Will of MABEL S. GREER, Deceased. HAROLD A. SEGUR, Appellant; FIFTH AVENUE BANK OF NEW YORK et al., Respondents.— Decree unanimously affirmed, with costs to all parties appearing separately herein and filing separate briefs payable out of the estate. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

In the Matter of the Probate of the Will of MABEL S. GREER, Deceased. BANK OF NEW YORK AND FIFTH AVENUE BANK (Formerly FIFTH AVENUE BANK OF NEW YORK) et al., Appellants; PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, as Administrator of the Estate of WILLARD SEYMOUR, Deceased, et al., Respondents.— Order affirmed, with one bill of costs to the respondents payable out of the estate. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.; Dore and Shientag, JJ., dissent and vote to reverse and dismiss the answer and objections to probate on the ground that the objectant-respondent [Public Administrator of New York County] failed to sustain the burden of proof. [See *post*, p. 1056.]

NEW YORK POST CORPORATION, Appellant, v. MEDIA RECORDS, INC., et al., Respondents.— Judgment unanimously affirmed, with costs. We do not pass upon the propriety of the method of carrying the advertising lineage of the defendant newspapers in the daily reports of the defendant Media Records, Inc., which is a different question from whether the Bronx issue of the *New York Post* and the *Home News*, published by the appellant, is a different newspaper from the issue circulated generally by the appellant throughout the city of New York and elsewhere. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See *post*, p. 1055.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 960 FIFTH AVENUE CORPORATION, Appellant-Respondent, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. THE PEOPLE OF THE STATE OF NEW YORK ex rel. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, as Mortgagee, Appellant-Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. THE PEOPLE OF THE STATE OF NEW YORK ex rel. 960 FIFTH AVENUE CORPORATION, Appellant-Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [960 Fifth Ave., Borough of Manhattan.] — Order unanimously modified by determining the assessed valuations to be as follows:

| Year | Land | Building | Total |
|---|---|---|---|
| 1937 | $1,000,000 | $2,200,000 | $3,200,000 |
| 1938 and first half of 1939 | 950,000 | 2,150,000 | 3,100,000 |
| 1939–40 | 900,000 | 2,100,000 | 3,000,000 |
| 1944–45 | 800,000 | 1,900,000 | 2,700,000 |
| 1945–46 | 830,000 | 1,900,000 | 2,730,000 |
| 1946–47 | 830,000 | 1,900,000 | 2,730,000 |

and as so modified affirmed, with $20 costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.